1  PATRICK H. HICKS, Bar No. 131509
   phicks@littler.com
2  ANGELA J. RAFOTH, Bar No. 241966
   arafoth@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490

6  Attorneys for Defendants
   TOYS "R" US, INC. and TOYS "R" US –
7  DELAWARE, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   LORI PHILLIPS,                    | Case No.  3:13-cv-05569-LB
13
            Plaintiff,                | **NOTICE OF SUBSTITUTION OF
14                                    | COUNSEL FOR DEFENDANTS TOYS "R"
       v.                             | US, INC. AND TOYS "R" US –
15                                    | DELAWARE, INC.; [PROPOSED] ORDER**
   TOYS "R" US, INC., A Delaware
16 Corporation, and TOYS "R" US –    | First Amended Complaint Filed:  Feb. 25, 2014
   DELAWARE, INC., A Delaware         | Trial Date:  June 22, 2015
17 Corporation, inclusive,

18          Defendants.

19
   TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
20
       Please take notice that Defendants Toys "R" Us, Inc. and Toys "R" Us – Delaware, Inc.
21
   substitute Patrick H. Hicks and Angela J. Rafoth of Littler Mendelson, P.C. as attorneys of record in
22
   this matter.
23
                    **WITHDRAWING ATTORNEY(S)**
24
   MARK S. ASKANAS, Bar No. 122745
25 H. ALLISON ELMORE, Bar No. 233045
   REBECCA BENHURI, Bar. No. 209443
26 JACKSON LEWIS P.C.
   50 California Street, 9th Floor
27 San Francisco, CA  94111

28

CASE NO.  3:13-CV-05569-LB

**SUPERSEDING ATTORNEY(S)**

PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
ANGELA J. RAFOTH, Bar No. 241966
arafoth@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: April 24, 2014

    /s/ *Mark S. Askanas*
MARK S. ASKANAS
JACKSON LEWIS P.C.

Dated: April 24, 2014

    /s/ *Angela J. Rafoth*
PATRICK H. HICKS[1]
ANGELA J. RAFOTH
LITTLER MENDELSON, P.C.

Dated: April 24, 2014

    /s/ *Aney Chandy*
DESIGNATED RESPRESENTATIVE
On behalf of Defendants
TOYS "R" US, INC. AND TOYS "R" US --
DELAWARE, INC.

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the attorney with whose ECF credentials this document is filed hereby attests that concurrence in the filing of this document has been obtained from each of the other Signatories, whose consent is reflected by conformed signature. The filer further attests that records to support this concurrence are being maintained as required by the Local Rules for subsequent production for the Court, if so ordered, or for inspection upon request by a party.

CASE NO.  3:13-CV-05569-LB        2.

**ORDER**

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Firmwide:126583446.2 013336.1010

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CASE NO. 3:13-CV-05569-LB                 3.