PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
ANGELA J. RAFOTH, Bar No. 241966
arafoth@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
TOYS "R" US, INC. AND TOYS "R" US – DELAWARE, INC.

KAREN ASPLUND VELEZ, Bar No. 142287
MARK P. VELEZ, Bar No. 163484
KELLEN CROWE, Bar No. 289820
velezlaw@live.com
THE VELEZ LAW FIRM
6940 Destiny Drive
Rocklin, CA  95677
Telephone:    916.774.2720
Facsimile:    916.774.2730

Attorneys for Plaintiff
LORI PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI PHILLIPS, | CASE NO.: 2:14-CV-01924-MCE-EFB |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;  ORDER** |
| TOYS "R" US, INC., A DELAWARE CORPORATION, TOYS "R" US – DELAWARE, INC., A DELAWARE CORPORATION, INCLUSIVE, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER - 1

CASE NO. 2:14-CV-01924-MCE-EFB

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, the Parties have resolved this matter. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff LORI PHILLIPS and Defendants TOYS "R" US, INC., and TOYS "R" US – DELAWARE, INC. hereby stipulate and request that this action be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

ACCORDINGLY, the Parties further stipulate that any dates and deadlines are moot and should be vacated.

**So stipulated:**

Dated: December 19, 2014

/s/ Angela J. Rafoth
ANGELA J. RAFOTH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
TOYS "R" US, INC. and TOYS "R" US – DELAWARE, INC.

Dated: December 17, 2014

/s/ Mark P. Velez
MARK P. VELEZ
THE VELEZ LAW FIRM
Attorneys for Plaintiff
LORI PHILLIPS

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 5, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT